MELINDA HAAG (CABN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7161
Facsimile: (415) 436-7169
stephen.johnson1.@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 96-0283M |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| KENNETH FREDERICK BERGER, | ) (PROPOSED) |
| Defendant. | ) ORDER REMITTING FINE |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $970.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: October 18, 2010

BERNARD ZIMMERMAN
United States Magistrate Judge